# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK DOUGLAS WARD,
          Appellant,

vs.

SVETLANA RITZA VILLAFLOR,
          Respondent.

No. 80257

**FILED**

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order purportedly entered on September 24, 2019. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the documents before this court reveals a potential jurisdictional defect. The district court docket sheet does not indicate that any order was entered in the district court on September 24, 2019. To the extent appellant appeals from the July 10, 2019, order extending the temporary protective order, such an order is not appealable. And no appealable order appears on the district court docket entries. Accordingly, as it appears this court lacks jurisdiction, this court

ORDERS this appeal DISMISED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-03242

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Erik Douglas Ward
Svetlana Ritza Villaflor
Eighth District Court Clerk